IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| WILLIAM PAUL BURCH, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:19-cv-00351-P-BP |
| BANK OF AMERICA, N.A., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 20. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Court reviewed the Magistrate Judge's findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, this matter is **WITHDRAWN** from United States Magistrate Judge Hal R. Ray, Jr. and **REFERRED** to United States Bankruptcy Judge Mark X. Mullin pursuant to this Court's Miscellaneous Order No. 33.

**SO ORDERED** on this **30th day** of **September, 2019**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE